GEORGE MOMBERGER, Respondent, *v.* MALECA Co., INC., et al., Appellants.

Argued February 21, 1949; decided April 7, 1949.

*Thomas T. McVann* and *Robert J. Fahey* for appellants.

*Irving Lemov* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.